**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 97 MM 2014
:
Respondent :
:
:
:
v. :
:
:
:
ALEXANDER L. GARCIA, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.